Case 4:22-cv-00004   Document 24   Filed on 05/04/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 04, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT,<br>an individual,<br><br>    Plaintiff,<br>v.<br><br>FOUR CORNERS, L.L.C.,<br>a Texas Limited Liability Company,<br><br>    Defendant. | Case No.:   4:22-cv-0004 |

## **FINAL JUDGMENT**

THIS CAUSE having come before the Court pursuant to its March 2, 2023 Order Granting Plaintiff's Motion for Summary Judgment, and the Court having entered this Order, and being otherwise fully advised in the premises:

The Court FINDS: that FINAL JUDGMENT as to Complaint [D.E. 1], is hereby entered against Defendant, FOUR CORNERS, L.L.C., and in favor of the Plaintiff, LAWRENCE SCOTT.

The Court further FINDS:

1. That Defendant violated the ADA and its regulations in failing to remove architectural barriers to access that are readily achievable to remove;

2. That Defendant is ORDERED to remove item numbers 3-5, 11-13, 15-19, and 21-25 of the August 8, 2022, Expert Report of Nicholas Heybeck. [D.E. 13-10, pp. 21-54] within one (1) year from the date of this Order;

3. Plaintiff is the prevailing party in this action and shall have thirty (30) days from the entry of this judgment to submit its Motion for Attorney's Fees and Costs to the Court.

DONE AND ORDERED in Chambers this 4th day of May 2023.

_____
Honorable Keith Ellison
UNITED STATES DISTRICT JUDGE